**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Paul Edward CRAWFORD,
Defendant—Appellant.**

No. 07–30453.

United States Court of Appeals,
Ninth Circuit.

Submitted April 22, 2008.*

Filed May 2, 2008.

Timothy J. Racicot, Esq., Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

John P. Rhodes, Esq., Federal Defenders of Montana, Missoula, MT, for Defendant–Appellant.

Before: GRABER, FISHER, and BERZON, Circuit Judges.

MEMORANDUM **

Paul Crawford appeals the sentence imposed upon revocation of his supervised release. He contends that the district court's judicial fact findings in support of the revocation sentence violated the Sixth Amendment. As Crawford acknowledges, this contention is foreclosed by *United States v. Huerta–Pimental,* 445 F.3d 1220 (9th Cir.), *cert. denied,* —— U.S. ——, 127 S.Ct. 545, 166 L.Ed.2d 403 (2006).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.